IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, and PETER KOS, Ph.D., | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:11CV3068 |
| v. | ) ) | |
| CITY OF LINCOLN, Nebraska, and HDR ENGINEERING, Inc., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

Counsel have filed an Unopposed Motion for Scheduling Conference and Extension of Time to Submit a Report of Parties' Planning Conference (filing 32). The motion is granted.

IT IS ORDERED:

1. An in-chambers conference with the undersigned magistrate judge will be held on **November 15, 2011 at 1:00 p.m.** to discuss the status of case progression. Plaintiff's counsel will initiate the call.

2. The deadline for filing the Report of Parties' Planning Conference deadline is continued to November 9, 2011.

October 29, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge