IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC and PETER KOS, Ph.D.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HDR ENGINEERING, INC. and CITY OF LINCOLN, NEBRASKA,<br><br>        Defendants. | Case No. 4:11-cv-03068<br><br>**ORDER** |

This Motion comes before the Court on Plaintiffs' Motion to withdraw the appearance of Darin L. Whitmer, one of the lawyers from Cline Williams Wright Johnson & Oldfather, L.L.P. who have appeared on Plaintiffs' behalf. Upon counsel's representations that Mr. Whitmer has left Cline Williams, but that through the other counsel of record Cline Williams continues to represent Plaintiffs, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that Mr. Whitmer's appearance is hereby deemed withdrawn; Mr. Whitmer is relieved of his duties to this Court in this matter effective immediately.

IT IS FURTHER ORDERED that the Clerk shall terminate further ECF notices to Mr. Whitmer.

Dated this 3rd day of January, 2012.

                                                _s/ Cheryl R. Zwart_
                                                Cheryl R. Zwart
                                                United States Magistrate Judge