IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC and PETER KOS, Ph.D., | ) ) ) ) | 4:11CV3068 |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| HDR ENGINEERING, INC. and CITY OF LINCOLN, NEBRASKA, | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiffs' unopposed motion for an enlargement of time (filing 64) is granted, and, accordingly, Plaintiffs shall have until July 13, 2012, to respond to Defendants' motion for summary judgment (filing 59).

2. The *Markman* hearing scheduled for August 3, 2012, is continued until further order of the court, but the parties' responsive *Markman* briefs shall still be filed on or before July 29, 2012.

June 21, 2012.                                        BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge