IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, and PETER KOS, Ph.D., | ) ) ) ) | 4:11CV3068 |
| Plaintiffs, | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| CITY OF LINCOLN, NEBRASKA, and HDR ENGINEERING, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

IT IS ORDERED:

1. Defendants' motion for protective order staying discovery (filing 93) is granted. All discovery in this matter is stayed until further order of the court.

2. All deadlines established by the court's progression order (filing 86) are suspended pending disposition of Defendants' motion for summary judgment (filing 98).

July 17, 2013.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge