IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIXING &AMP; MASS TRANSFER TECHNOLOGIES, LLC, PETER KOS, Ph.D.;<br><br>Plaintiffs,<br><br>vs.<br><br>HDR, INC., CITY OF LINCOLN, Nebraska; and HDR ENGINEERING, Inc.;<br><br>Defendants. | 4:11CV3068<br><br>ORDER |

The parties' joint motion, (Filing No. 115), is granted, and the final progression order is amended as follows:

1) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For all parties' experts:      September 13, 2013
   Any supplemental reports:      October 15, 2013

2) Experts will be made available for deposition by October 31, 2013.

3) All other progression deadlines remain unchanged.

July 17, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge